## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

CINDY LOUTHAN, Ed.D.,          )
                             )
                    Plaintiff,    )
                             )
v.                             )     Case No. 6:18-cv-1180-JWB
                             )
NEWMAN UNIVERSITY, INC.,     )
                             )
                   Defendant.   )
                             )

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS FOR THE COURT

Plaintiff submits these proposed questions for the Court's voir dire:

1.    You have former professor on the one hand, and a private university on the other side. Does anyone upon knowing this believe that it is more likely than not that the employee did something wrong?

2.    Newman University is the defendant in this case.  Has anyone here worked for Newman University?  Has anyone here attended Newman University?  Same questions for close friends and family?

3.    Newman University is a Catholic university.  Have any of you worked for a private Catholic University?  Have any of you attended a private Catholic university?  Explain; same questions for close friends and family.

4.    Has anyone here worked for a college or university?  Where? When? How would you characterize the experience? Same for close friends and family.

5.    Has anyone here ever worked somewhere and seen some form of discrimination (whether race, religion, sex, age or other)?  How did you learn about it?  Did you witness it?  How did you conclude it was discriminatory?  How was the issue handled?  Did that seem appropriate

to you?

6.    Has anyone here ever worked somewhere and seen someone falsely accused of discrimination (whether race, religion, sex, age or other)?  If so, how did you learn it was false? How was it handled?  Did that seem appropriate to you?

7.    Has any of you ever been the victim of employment discrimination?  When? How? What did you do about it?

8.    Has anyone here ever been accused of workplace discrimination? When? How? What did you do about it?

9.    Has anyone here ever filed a lawsuit?  If so, what was it about?  What did that experience cause you to think about the legal system?

10.   Has anyone here ever been sued?  If so, what was it about?  What did that experience cause you to think about the legal system?

11.   Does anyone think that the leadership and managers of most employers try to follow the law?  Why or why not?

12.   Do you think that employers should faithfully follow their policies?  What if an employer does not?  Do any of you think that employers have policies but choose not to follow them?  Explain.

13.   Does anyone think that employers generally do not retaliate against employees who raise complaints?  Why or why not?

14.   Does anyone feel, in general, that a current or former employer has treated them unfairly? If so, please explain the circumstances? Do you believe this may influence how you view the evidence in this case?

15.   Does anyone here have a firm belief or conviction that people should not be able to

recover damages when they are harmed by others' violations of the law?  Explain.

16.     Have any of you ever served on a jury?  Civil or criminal?  Were you the foreman of the jury?  Without revealing who won, did the jury reach a decision?

17.     Some of you have sat on a criminal jury.  Do you recall that the standard of proof the State was required to establish was "beyond a reasonable doubt"?     That standard does not apply here.  This is a civil trial and the standard of proof is "preponderance of the evidence."  That requires the plaintiff to prove her case to be more likely true than not.  It does not require absolute certainty or even the lack of reasonable doubt.  You may find her to have proven her claim to be more likely true than not, even if you have some reasonable doubts about that conclusion.

18.     Do any of you know or have dealings with attorneys at Triplett, Woolf & Garretson or Graybill & Hazlewood, the law firms in this case?  List attorney names as well.


Dated: January 2, 2020.

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, #13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
sean@graybillhazlewood.com
don@graybillhazlewood.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2020, I filed the above and forgoing with the Clerk of

the Court via the CM/ECF system, which will send electronic notice of filing to the following:

Derek S. Casey
Triplett Woolf Garretson, LLC
2959 N Rock Rd, Ste. 300
Wichita, KS 67226
Phone: 316-630-8100
Fax: 316-630-8101
dscasey@twgfirm.com
***Attorney for Defendant***

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932