**FILED**
U.S. District Court
District of Kansas

JAN **1 3** 2020

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Cindy Louthan )
)
    Plaintiff(s), )
)
    vs. )     Case No.  18 - 1180
)
Newman University, Inc. )
)
    Defendant(s). )
)
_____ )

### QUESTION FROM THE JURY

YOUR HONOR,

Does Question #1 pertain
to sex Discrimination since
it's "titled" sex Discrimination

Dated at ____3:46 pm.____ on ____JAN 10, 2020____.
(Date)

Time: _____

SIGNATURE OF PRESIDING JUROR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CINDY LOUTHAN,

       Plaintiff,

  vs.

                                 Case No. 18-1180

NEWMAN UNIVERSITY, INC.

       Defendant.

RESPONSE TO JURY QUESTION AND SUPPLEMENTAL INSTRUCTION NO. 1

Members of the Jury,

     I have received your question regarding Question No. 1 on the verdict form, and I have shared it with the attorneys.   In response to this question, I instruct you as follows:

     Question 1 on the verdict form simply asks you to determine whether Defendant's placement of Plaintiff on a performance improvement plan satisfies the definition of a tangible employment action as set forth in Instruction No. 5.

     If your answer to Question 1 on the verdict form is "Yes," Question 2 on the verdict form then asks you to determine whether Plaintiff's sex was a motivating factor in Defendant's decision.

     The titles on the verdict form are simply for your convenience.

Dated _1/10/2020_

                                      JOHN W. BROOMES
                                      UNITED STATES DISTRICT JUDGE