FILED
U.S. District Court
District of Kansas

JAN 13 2020

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CINDY LOUTHAN, Ed. D., | ] |
| Plaintiff, | ] |
| -vs- | ] Case No. 6:18-CV-01180 |
| NEWMAN UNIVERSITY, INC., | ] |
| Defendant. | ] |

# VERDICT

We, the jury, present the following answers to the questions submitted by the court:

Sex Discrimination – Performance Improvement Plan

1. Do you find from a preponderance of the evidence that plaintiff Cindy Louthan, Ed. D. suffered a tangible employment action as a result of defendant Newman University, Inc.'s decision to place her on a performance improvement plan?

Yes ✗  No ___

- If you answered "Yes" to Question No. 1, proceed to Question No. 2.
- If you answered "No" to Question No. 1, then proceed to Question No. 3.

2. Do you find from a preponderance of the evidence that plaintiff's sex was a motivating factor that prompted defendant Newman University, Inc., to place plaintiff on a performance improvement plan?

Yes ___  No ✗

- Proceed to Question No. 3.

### Sex Discrimination – Nonrenewal of Annual Contract

3.   Do you find from a preponderance of the evidence that plaintiff's sex was a motivating factor that prompted defendant Newman University, Inc. not to renew plaintiff's annual employment contract?

Yes ___   No ✗

- Proceed to Question No. 4.

### Retaliation – Nonrenewal of Annual Contract

4.   Do you find from a preponderance of the evidence that Newman University, Inc. would have renewed plaintiff's annual employment contract but for plaintiff's opposition to unlawful employment practices?

Yes ✗   No ___

- If you answered "No" to Question Nos. 1 or 2, and Question No. 3, and Question No. 4, then proceed to Question No. 8.
- If you answered "Yes" to Question Nos. 1 and 2, or Question No. 3, or Question No. 4, proceed to Question No. 5.

### Damages

5.   Do you find from a preponderance of the evidence that plaintiff Cindy Louthan, Ed.D., should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes ✗   No ___

If your answer is "Yes," in what amount? $ 26,551.50 .

2

6. Do you find from a preponderance of the evidence that plaintiff Cindy Louthan, Ed. D. should be awarded compensatory damages for her losses?

Yes ✗  No ___

If your answer is "Yes," in what amount?  $50,000

If your answer is "No," enter $1 as nominal damages.

$ 50,000.00 .

7. Do you find from a preponderance of the evidence that plaintiff Cindy Louthan, Ed. D. should be awarded punitive damages to punish defendant for its unlawful conduct?

Yes ✗  No ___

If your answer is "Yes," in what amount? $ 125,000.00 .

8. Agreement on each of the above questions was unanimous?

Yes ✗  No ___

Presiding Juror

3