## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CINDY LOUTHAN, Ed.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:18-cv-1180-JWB |
| ) | |
| NEWMAN UNIVERSITY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### SCHEDULING ORDER REGARDING POST-TRIAL MATTERS

On January 13, 2020, the jury returned a verdict for Plaintiff Cindy Louthan, Ed.D. Since that time, both Dr. Louthan and Defendant Newman University, Inc. have indicated that they intend to file post-trial motions. To simplify matters, the Court intends to defer entry of judgment until relevant post-trial motions are filed and ruled upon.

IT IS THEREFORE ORDERED THAT the parties shall file by **February 18, 2020** any post-trial motions, including but not limited to any motions for equitable relief, for reduction of the jury's verdict, and/or for judgment as a matter of law. Response briefs shall be submitted by **March 2, 2020**. Reply briefs, if any, shall be filed by **March 9, 2020.** Upon review of the parties' motions and briefs, the Court will set a hearing date to hear and resolve these motions.

Any motions for attorneys fees and costs, pursuant to applicable law, shall be filed after entry of judgment.

IT IS SO ORDERED.

_____s/ John W. Broomes_____
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2020.

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, #13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
sean@graybillhazlewood.com
don@graybillhazlewood.com
*Attorneys for Plaintiff*

- and –

/s/ Derek S. Casey
Derek S. Casey
Triplett Woolf Garretson, LLC
2959 N Rock Rd, Ste. 300
Wichita, KS 67226
Phone: 316-630-8100
Fax: 316-630-8101
dscasey@twgfirm.com
*Attorney for Defendant*

2