IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CINDY LOUTHAN, Ed. D., ] <br> ] <br> Plaintiff, ] <br> ] <br> -vs- ] <br> ] <br> NEWMAN UNIVERSITY, INC., ] <br> ] <br> Defendant. ] <br> ] | Case No. 6:18-CV-01180 |

# **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff CINDY LOUTHAN, Ed. D., through her lawyers Donald N. Peterson, II and Sean M. McGivern of GRAYBILL & HAZLEWOOD, LLC, and Defendant NEWMAN UNIVERSITY, INC., through its lawyer, Derek S. Casey of TRIPLETT, WOOLF & GARRETSON, LLC, stipulate to the DISMISSAL of this action WITH PREJUDICE with the parties to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| GRAYBILL & HAZLEWOOD, LLC | TRIPLETT WOOLF GARRETSON, LLC |
| /s/ Sean M. McGivern <br> Donald N. Peterson, II #13805 <br> Sean M. McGivern, #22932 <br> don@graybillhazlewood.com <br> sean@grabillhazelwood.com <br> 218 North Mosley Street <br> Wichita, KS 67202 <br> Telephone:  316.266.4058 <br> Facsimile:  316.462.5566 <br><br> *Attorneys for Plaintiff* | /s/Derek S. Casey <br> Derek S. Casey, #15125 <br> dscasey@twgfirm.com <br> 2959 North Rock Road, Suite 300 <br> Wichita, KS 67226 <br> Telephone:  316.630.8100 <br> Facsimile:  316.630.8101 <br><br> *Attorneys for Defendant* |

TWG16585-004/721977.001